IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL F. KAFRISSEN, et al.  :  CIVIL ACTION
                          v.  :
BEEBE KOTLIKOFF, et al.  :  NO. 08-2326

**O R D E R**

AND NOW, this 1st day of October, 2010, upon consideration of defendant's motion for partial summary judgment to release funds and deny claims (Doc. No. 54), plaintiffs' response (Doc. No. 55), and defendant's reply thereto (Doc. No. 56), it is hereby

ORDERED

that defendant's motion is DENIED for the reasons set forth in the attached Memorandum of Decision.

BY THE COURT:

__/s/ Thomas J. Rueter_____
THOMAS J. RUETER
Chief United States Magistrate Judge