IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL F. KAFRISSEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRITTA KOTLIKOFF, individually and | : | NO. 08-2326 |
| as the Executrix of the Estate of | : | |
| Louis J. Kotlikoff | : | |

**O R D E R**

AND NOW, this 25th day of January, 2011, after a hearing on January 21, 2011 and for the reasons stated in the accompanying Memorandum of Decision, it is hereby

**ORDERED** that plaintiffs' Motion In Limine To Preclude Defendant's Expert Report and Expert Testimony (Doc. No. 69) is **DENIED**.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge