IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL F. KAFRISSEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRITTA KOTLIKOFF | : | NO. 08-2326 |

## ORDER

AND NOW, this 25th day of January, 2011, upon consideration of counterclaim plaintiff's motion for a continuance, it is hereby

**ORDERED**

that the motion is Denied. Counterclaim plaintiff may take the videotape deposition of Ms. Versaggi for use at trial. See Fed. R. Civ. P. 32. Furthermore, both the undersigned and the Honorable Jacob Hart conducted several unproductive mediation sessions in this matter, and therefore the court shall not continue this matter .

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge